# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS KING, JOAN KING, And KRISTEN KING, | : : : | No. 3:18cv1549 |
| Plaintiffs | : : : : | (Judge Munley) |
| THE TRAVELERS COMPANIES, INC., THE TRAVELERS INDEMNITY CO., And THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, Defendants | : : : : : : | |

## ORDER

**AND NOW**, to wit, this 11th day of October 2018, it is hereby **ORDERED** that the defendants' motion to dismiss (Doc. 4) is **GRANTED** in part and **DENIED** in part as follows:

1) Defendants' motion to dismiss The Travelers Companies, Inc., and The Travelers Indemnity Co., is **GRANTED**; and

2) Defendants' motion to dismiss the plaintiffs' bad faith claim is **DENIED**.

                                              **BY THE COURT:**

                                              **s/_James M. Munley_____**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**